UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
VIJAY SHAH,                        )
          Plaintiff,               )
                                   )
                    v.             )    CIVIL ACTION
                                   )    NO. 07-10352-DPW
J.W. HOLLOWAY,                     )
DARRIN CZELLECZ                    )
          Defendants.              )
```

## VERDICT

### I.   Special Agent Holloway

A.   Has the plaintiff proved by a fair preponderance of the
     evidence that Special Agent Holloway's detention of Mr. Shah
     was undertaken without reasonable suspicion?

     Answer "YES" or "NO":                          _NO_

B.   Has the plaintiff proved by a fair preponderance of the
     evidence that the handcuffing of Mr. Shah was not reasonably
     necessary in order to conduct an investigatory detention of
     Mr. Shah?

     Answer "YES" or "NO":                          _NO_

C.    Has the plaintiff proved by a fair preponderance of the
      evidence that the combination of circumstances involved in
      his removal from the march and detention at City Hall Plaza
      took it beyond an investigatory detention and resulted in an
      arrest?

      Answer "YES" or "NO":                                    __ N0 __

## II.    Special Agent Czellecz

      Has the plaintiff proved by a fair preponderance of the
      evidence that taking Mr. Shah to the police station was a
      *de facto* arrest?

      Answer "YES" or "NO":                                    YES

**ANSWER QUESTION III ONLY AS TO A DEFENDANT FOR WHOM YOU HAVE
ANSWERED "YES" IN RESPONSE TO QUESTION I AND/OR II.    OTHERWISE,
RETURN YOUR VERDICT.**

## III. **Damages**

What amount of money, if any, do you find the plaintiff has proved by a fair preponderance of the evidence to be fair, adequate and reasonable compensation for injury you have found caused to him by the defendant(s)?

A.   As to Special Agent Holloway:
     Answer in Dollar(s) or "NONE":                    *NONE*

B.   As to Special Agent Czellecz:
     Answer in Dollar(s) or "NONE":                    *NONE*

$3/12/10$

DATE                                    FOREPERSON